1 | Christopher J. Yost (Bar No. 150785)
2 | **FEDERAL EXPRESS CORPORATION**
  | 2601 Main Street, Suite 340
3 | Irvine, CA 92614
4 | TEL: (949) 862-4656
  | FAX: (949) 862-4605
5 | Email: cjyost@fedex.com

6 | **Attorneys for Defendants**
7 | **FEDERAL EXPRESS CORPORATION**

8 | Incorrectly sued as FedEx Corp.

9 | UNITED STATES DISTRICT COURT
10 | NORTHERN DISTRICT OF CALIFORNIA

| SEVAN MINASIAN, | CASE NO. |
|---|---|
| Plaintiff, | |
| v. | |
| FEDEX CORPORATION, and its Agents and Employees; and DOES 1 through 20, inclusive, | **DEFENDANTS' NOTICE AND CERTIFICATION OF INTERESTED PARTIES** |
| Defendants. | [Civil L. R. 7.1-1] |
| | Complaint Filed: April 2, 2008 |

Pursuant to Civil L. R. 7.1-1, the undersigned, counsel of record for Defendants Federal Express Corporation and its Agents and Employees, certifies that the following listed parties, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (1) have a financial interest in the subject matter in controversy or is a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

1

1  substantially affected by the outcome of this proceeding:

2        a.    Plaintiff Sevan Minasian – Customer and shipper of packages in question;

4        b.    Defendant Federal Express Corporation – Carrier of the packages in question; and

6        c.    FedEx Corporation – parent corporation of Federal Express Corporation which is publicly traded.

8  These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: May 21, 2008.        By: /s/ _____
                            CHRISTOPHER J. YOST, ESQ.
                            **FEDERAL EXPRESS CORPORATION**
                            Attorneys for Defendants

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On May 21, 2008, I served the within document(s):

**DEFENDANTS' NOTICE AND CERTIFICATION OF INTERESTED PARTIES [Civil L. R. 7.1-1]**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.
- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.
- ☐ by arranging with O.C. Corporate Courier Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.
- ☒ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

Sean F. McClosky, Esquire
Attorneys for Plaintiff
111 Santa Rosa Ave.
Suite 406
Santa Rosa, California 95404

- ☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
- ☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 21, 2008, at Irvine, California.

_____
Renee K. Aven

732325