Christopher J. Yost (Bar No. 150785)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, CA 92614
TEL: (949) 862-4558
FAX: (949) 862-4605
cjyost@fedex.com

E-filing

**Attorneys for Defendants**
**FEDERAL EXPRESS CORPORATION**

Incorrectly sued as FedEx Corp.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAN MINASIAN, <br><br> Plaintiff, <br><br> v. <br><br> FEDEX CORPORATION, and its Agents and Employees; and DOES 1 through 20, inclusive <br><br> Defendants. | CASE NO. <br><br><br> **DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** <br><br> [L.R. 83-1.4] <br><br> Complaint Filed: April 2, 2008 |

1

1     Pursuant to Central District of California Local Rule 83-1.4, FedEx states
2 that, to its knowledge, no action is currently pending in the Central District of
3 California, involving all or a material part of the subject matter of this instant
4 action.

6 DATED: May 21, 2008.          By: _____
7                                         CHRISTOPHER J. YOST, ESQ.
                                        **FEDERAL EXPRESS CORPORATION**
                                        Attorneys for Defendants

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On May 21, 2008, I served the within document(s):

**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with O.C. Corporate Courier Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

Sean F. McClosky, Esquire
Attorneys for Plaintiff
111 Santa Rosa Ave., Suite 406
Santa Rosa, California 95404

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 21, 2008, at Irvine, California.

_____
Renee K. Aven

732322