Christopher J. Yost (Bar No. 150785)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, CA 92614
Tel: (949) 862-4558
Fax: (949) 862-4605
cjyost@fedex.com

**Attorneys for Defendants**
**FEDERAL EXPRESS CORPORATION**

Incorrectly sued as FedEx Corp.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAN MINASIAN,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION, and its Agents and Employees; and DOES 1 through 20, inclusive,,<br><br>Defendants. | CASE NO. CV-082577 (JL)<br><br>**DECLARATION OF CHRISTOPHER J. YOST OF FILING NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>Complaint filed: April 2, 2008 |

I, Christopher J. Yost, declare:

    1.    I am one of the attorneys of record for Defendants Federal Express Corporation (hereafter referred to as "FedEx") and its Agents and Employees. I am admitted to practice law before all courts in the State of California including the United States District Court for the Northern District. I was hired by FedEx as a senior attorney on July 1, 2004, and became a managing director in November 2006, a position I still hold today. I am over

the age of 21 and am qualified to make this declaration. I have never been convicted of a felony or subjected to disciplinary action before any state bar. I have personal knowledge of the facts contained herein.

2.  On May 21, 2008, pursuant to 28 U.S.C. § 1446(d), I caused to be filed with the Clerk of the Superior Court of the State of California for the County of San Francisco a Notice to State Court and Adverse Party of Removal to Federal Court, together with a copy of the Notice to Federal Court of Removal of Civil Action by causing said documents to be duly delivered by messenger to the Deputy Clerk at the filing window of the Superior Court for the County of San Francisco. Attached hereto as Exhibit "A" is a true and correct copy of the Notice to State Court and Adverse Party of Removal to Federal Court.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Executed this 21st day of May, 2008, at Irvine, California.

_____
CHRISTOPHER J. YOST

**EXHIBIT A**

1  Christopher J. Yost (Bar No.150785)
   **FEDERAL EXPRESS CORPORATION**
2  2601 Main Street, Suite 340
3  Irvine, CA 92614
   TEL: (949) 862-4558
4  FAX: (949) 862-4605
5  Email: cjyost@fedex.com

6  **Attorneys for Defendants**
   **FEDERAL EXPRESS CORPORATION**
7
   Incorrectly sued as FedEx Corp.
8

9           SUPERIOR COURT OF THE STATE OF CALIFORNIA
10                FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| SEVAN MINASIAN, | CASE NO. 08C00979 |
| Plaintiff, | |
| v. | |
| FEDEX CORPORATION, and its Agents and Employees | **NOTICE OF DEFENDANTS TO SUPERIOR COURT AND ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT** |
| Defendants. | Complaint Filed: April 2, 2008<br>Trial Date: None Set |

**TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN FRANCISCO AND TO PLAINTIFF AND HIS ATTORNEY(S) OF RECORD:**

PLEASE TAKE NOTICE that on May 21, 2008, Defendant FEDERAL EXPRESS CORPORATION filed a Notice of Removal of this Action to the United States District Court for the Northern District of California with the Clerk of the United

1

1  States District Court for the Central District of California, Phillip Burton United States
2  Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102-3434, whereupon
3  this matter was assigned Case No. CV-08 2577 (JL).
4
5       A true and correct copy of said Notice of Removal, including all exhibits, is
6  attached hereto and incorporated herein by reference and is served and filed herewith.
7  Pursuant to 28 U.S.C. Section 1446, the filing of the attached Notice of Removal with
8
9  the United States District Court effects the removal of this action. The above-captioned
10 Court may proceed no further unless and until this case is remanded.

14 DATED: May 21, 2008         By: _____
15                                  CHRISTOPHER J. YOST, ESQ.
                                    **FEDERAL EXPRESS CORPORATION**
16                                  Attorneys for Defendants

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On May 23, 2008, I served the within document(s):

**NOTICE OF DEFENDANTS TO SUPERIOR COURT AND ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with OC Corporate Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

> Sean F. McClosky, Esquire
> Attorneys for Plaintiff
> 111 Santa Rosa Ave.
> Suite 406
> Santa Rosa, California 95404

☒ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 23, 2008, at Irvine, California.

_____
Renee K. Aven

732291

3

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On May 23, 2008, I served the within document(s):

**DECLARATION OF CHRISTOPHER J. YOST OF FILING NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with O.C. Corporate Courier Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

Sean F. McClosky, Esquire
Attorneys for Plaintiff
111 Santa Rosa Ave., Suite 406
Santa Rosa, California 95404

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 23, 2008, at Irvine, California.

Renee K. Aven

732314

3