1  MICHAEL W. HIGGINBOTHAM Bar No. 16144
   Email: mwhigginbotham@fedex.com
2  FEDERAL EXPRESS CORPORATION
   3620 Hacks Cross Road
3  Building B, Third Floor
   Memphis, Tennessee 38125
4  Telephone: 901.434.8570
   Fax No.:   901.434.9279

5
6  CHRISTOPHER J. YOST, Bar No. 150785
   E-mail: cjyost@fedex.com
7  FEDERAL EXPRESS CORPORATION
   2601 Main Street, Suite 340
8  Irvine, California 92614
   Telephone:  949.862.4558
9  Fax No.:    949.862.4605

10 Attorneys for Defendant
   FEDERAL EXPRESS CORPORATION
11

   **UNITED STATES DISTRICT COURT**
12 **NORTHERN DISTRICT OF CALIFORNIA**

13
14 SEVAN MINASIAN,

15     Plaintiff(s),

16 v.                                    CASE NO. C 08-02577 JL

17
18 FEDEX CORP.,

19     Defendant.

20 **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

21
22     Pursuant to Civil L.R. 11-3, Michael W. Higginbotham, an active member in

23 good standing of the bar of the United States District Court, Western District of

24 Tennessee, hereby applies for admission to practice in the Northern District of

25 California on a *Pro Hac Vice* basis representing FED EXPRESS CORP., in the above-
26
27 entitled action.

28

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

CHRISTOPHER J. YOST, Bar No. 150785
Federal Express Corporation
2601 Main Street, Suite 340
Irvine, CA 92614
Telephone:  949.862.4656
Fax No.:    949.862.4605
E-mail: mwhigginbotham@fedex.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2008

Michael W. Higginbotham

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On June 13, 2008, I served the within document(s):

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with OC Corporate Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

Sean F. McClosky, Esquire
Attorneys for Plaintiff
111 Santa Rosa Ave.
Suite 406
Santa Rosa, California 95404

☒ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 13, 2008, at Irvine, California.

_____
Renee K. Aven