1  MICHAEL W. HIGGINBOTHAM Bar No. 16141
   Email: mwhigginbotham@fedex.com
2  FEDERAL EXPRESS CORPORATION
   3620 Hacks Cross Road
3  Building B, Third Floor
   Memphis, Tennessee 38125
4  Telephone:  901.434.8570
   Fax No.:    901.434.9279
5
   CHRISTOPHER J. YOST, Bar No. 150785
6  E-mail: cjyost@fedex.com
   FEDERAL EXPRESS CORPORATION
7  2601 Main Street, Suite 340
   Irvine, California 92614
8  Telephone:    949.862.4558
   Fax No.:      949.862.4605
9
   Attorneys for Defendant
10 FEDERAL EXPRESS CORPORATION

11

12            **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
13

14 SEVAN MINASIAN,

15     Plaintiff(s),

16 v.                                  CASE NO. C 08-02577 JL

17

18 FEDEX CORP.,

19     Defendant.

20                      **(Proposed)**
              **ORDER GRANTING APPLICATION FOR**
21            **ADMISSION OF ATTORNEY _PRO HAC VICE_**

22

23     Michael W. Higginbotham, an active member in good standing of the bar of the

24 United States District Court, Western District of Tennessee, whose business address

25 and telephone number is:

26

27 3620 Hacks Cross Road, Building B. Third Floor, Memphis, TN 38125

28

1 | (901) 434-8570

2
3 | having applied in the above-entitled action for admission to practice in the Northern

4 | District of California on a *pro hac vice* basis, representing Federal Express Corporation.

5 |     IT IS HEREBY ORDERED THAT the application is granted, subject to the

6
7 | terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate

8 | appearance *pro hac vice*. Service of papers upon and communication with co-counsel

9 | designed in the application will constitute notice to the party. All future filings in this

10
11 | action are subject to the requirements contained in General Order No. 45, *Electronic*

12 | *Case Filing*.

13 | DATED: June  *12*, 2008.

14
15 | Honorable James Larson
16 | United States District Judge

17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On June 13, 2008, I served the within document(s):

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with OC Corporate Attorney Service  to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California  92614, in accordance with Federal Express Corporation's ordinary business practices.

Sean F. McClosky, Esquire
Attorneys for Plaintiff
111 Santa Rosa Ave.
Suite 406
Santa Rosa, California 95404

☒ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 13, 2008, at Irvine, California.

_____
Renee K. Aven