1  SEAN F. McCLOSKEY, SBN#139604
   Law Office of Sean F. McCloskey
2  111 Santa Rosa Avenue, Ste. 406
   Santa Rosa, CA  95404
3  (707) 546-4166

4

5  Attorney for Plaintiff,
   SEVAN MINASIAN

FILED

08 AUG 18 PM 2:54

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAN MINASIAN, | ) CASE NO. CV-08-02577 JL |
| Plaintiff, | ) STIPULATION AND ORDER<br>) FOR CONTINUANCE OF CASE<br>) MANAGEMENT CONFERENCE |
| v. | ) |
| FEDEX CORPORATION, its agents and employees; | ) Assigned Judge: Hon. James Larson<br>) CMC Hearing Date: 8/28/08<br>) Time: 10:30 a.m.<br>) Dept. F |
| Defendants. | ) |

By their signatures herein below, Plaintiff SEVAN MINASIAN and Defendants FEDEX CORPORATION, by and through their respective Counsel, hereby stipulate and agree that the case management conference presently scheduled for August 28, 2008, at 10:30 a.m. before the Honorable Judge James Larson, be continued until Wednesday, October 15, 2008, 10:30 a.m. in Department F.

This Stipulation is being entered into because Plaintiff is retaining new Counsel to represent him in this matter in San Francisco, California, and a continuance will give sufficient time for new Counsel to prepare his or her own Case Management Statement and appear on Plaintiff's behalf.

Plaintiff, SEVAN MINASIAN by and through his Counsel of Record, SEAN F. McCLOSKEY and Defendants, FEDEX Corporation, by and through their Counsel,

Stipulation and Order to Continue
CMC                                    1

MICHAEL HIGGENBOTHAM, HEREBY STIPULATE AND AGREE to a continuance of the Case Management Conference scheduled August 28, 2008 to Wednesday, October 15, 2008 at 10:30 a.m. in Department F, of the United States District Court.

Dated:  August 13, 2008          LAW OFFICE OF SEAN F. McCLOSKEY

_____
SEAN F. McCLOSKEY, Attorney for
Plaintiff, SEVAN MINASIAN

Dated:  August ___, 2008

_____
MICHAEL W. HIGGINBOTHAM, Attorney for
Defendants FEDEX

Stipulation for Continuance of CMC                 2

MICHAEL HIGGENBOTHAM, HEREBY STIPULATE AND AGREE to a continuance of the Case Management Conference scheduled August 28, 2008 to Wednesday, October 15, 2008 at 10:30 a.m. in Department F, of the United States District Court.

Dated: August 13, 2008          LAW OFFICE OF SEAN F. McCLOSKEY

                                 _____
                                 SEAN F. McCLOSKEY, Attorney for
                                 Plaintiff, SEVAN MINASIAN

Dated: August ___, 2008

                                 _____
                                 MICHAEL W. HIGGINBOTHAM, Attorney for
                                 Defendants FEDEX

Stipulation for Continuance of CMC                2

08-13-2008 01:41 7072924319
Case 3:08-cv-02577-JL   Document 9   Filed 08/18/2008   Page 4 of 4

1  MICHAEL HIGGENBOTHAM, HEREBY STIPULATE AND AGREE to a continuance
2  of the Case Management Conference scheduled August 28, 2008 to Wednesday, October
3  15, 2008 at 10:30 a.m. in Department F, of the United States District Court.
4
5  Dated: August 13, 2008          LAW OFFICE OF SEAN F. McCLOSKEY
6
7                                  SEAN F. McCLOSKEY, Attorney for
8                                  Plaintiff, SEVAN MINASIAN
9
   Dated: August 14, 2008
10
11                                 MICHAEL W. HIGGENBOTHAM, Attorney for
                                   Defendants FEDEX
12
13
...
27

Stipulation and Order to Continue
CMC                                2