1  SEAN F. McCLOSKEY, SBN#139604
   Law Office of Sean F. McCloskey
2  111 Santa Rosa Avenue, Ste. 406
   Santa Rosa, CA   95404
3  (707) 546-4166

4

5  Attorney for Plaintiff,
   SEVAN MINASIAN

6

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

   SEVAN MINASIAN,                 ) CASE NO.  CV-08-02577 JL
10                                 )
              Plaintiff,           ) ORDER GRANTING
11                                 ) CONTINUANCE OF CASE
                                   ) MANAGEMENT CONFERENCE
12                                 )
         v.                        )
13                                 ) Assigned Judge: Hon. James Larson
   FEDEX CORPORATION, its agents and ) CMC Hearing Date: 8/28/08
14 employees;                      ) Time: 10:30 a.m.
                                   ) Dept. F
15           Defendants.           )
                                   )
16

17                              **ORDER**

18       The Plaintiff and Defendant hereinabove having Stipulated and Agreed to a

19 Continuance of the Case Management Conference originally scheduled for August 27,

20 2008, at 10:30 a.m. in Department F, to be continued to the date of Wednesday, October

21 15, 2008 at 10:30 a.m. in Department F, and good cause having been shown therefore;

22       IT IS HEREBY ORDERED that the Case Management Conference shall be

23 rescheduled to Wednesday, October 8, 2008 at 10:30 a.m. in Department F, of the United

24 States District Court, Northern District in San Francisco, California.

25 Dated: _____      _____
                                     The Honorable JAMES LARSON,
26                                   Presiding

27

28              Order for Continuance of CMC