SEAN F. McCLOSKEY, SBN#139604
Law Office of Sean F. McCloskey
111 Santa Rosa Avenue, Ste. 406
Santa Rosa, CA   95404
(707) 546-4166

Attorney for Plaintiff,
SEVAN MINASIAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEVAN MINASIAN,

        Plaintiff,

v.

FEDEX CORPORATION, its agents and employees;

        Defendants.

CASE NO.  CV-08-02577 JL

ORDER GRANTING
CONTINUANCE OF CASE
MANAGEMENT CONFERENCE

Assigned Judge: Hon. James Larson
CMC Hearing Date: 8/28/08
Time: 10:30 a.m.
Dept. F

## ORDER

The Plaintiff and Defendant hereinabove having Stipulated and Agreed to a Continuance of the Case Management Conference originally scheduled for August 27, 2008, at 10:30 a.m. in Department F, to be continued to the date of Wednesday, October 15, 2008 at 10:30 a.m. in Department F, and good cause having been shown therefore;

IT IS HEREBY ORDERED that the Case Management Conference shall be rescheduled to Wednesday, October 8, 2008 at 10:30 a.m. in Department F, of the United States District Court, Northern District in San Francisco, California.

Dated: August 19, 2008

_____
The Honorable JAMES LARSON,
Presiding

Order for Continuance of CMC