1 | Christopher J. Yost, Esq. Bar No. 150785
2 | **FEDERAL EXPRESS CORPORATION**
  | 2601 Main Street, Suite 340
3 | Irvine, CA 92614
  | Tel: (949) 862-4558
4 | Fax: (949) 862-4605
5 | Email: cjyost@fedex.com
6 | **Attorneys for Defendants**
7 | **FEDERAL EXPRESS CORPORATION**
8 | Incorrectly sued as FedEx Corp.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| SEVAN MINASIAN, | CASE NO. CV-08-02577 JT |
|---|---|
| Plaintiff, | |
| v. | |
| FEDEX CORPORATION, and its Agents and Employees | **CERTIFICATE OF SERVICE** |
| Defendants. | Complaint filed: April 2, 2008 |

1

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On August 19, 2008, I served the within document(s):

**CERTIFICATE OF SERVICE:**

**ADR CERTIFICATION BY PARTIES AND COUNSEL. STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with O.C. Corporate Courier Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

**Sean F. McCloskey, Esq.**
**Law Office of Sean F. McCloskey**
**111 Santa Rosa Avenue, Ste. 406**
**Santa Rosa, CA 95404**

**Attorney for Plaintiff,**
**Sevan Minasian**

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 19, 2008, at Irvine, California.

/S/

Renee K. Aven

744273