Christopher J. Yost, Esq. Bar No. 150785
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, CA 92614
Tel: (949) 862-4558
Fax: (949) 862-4605
Email: cjyost@fedex.com

**Attorneys for Defendants**
**FEDERAL EXPRESS CORPORATION**

Incorrectly sued as FedEx Corp.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAN MINASIAN,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDEX CORPORATION,<br>and its Agents and Employees<br><br>        Defendants. | CASE NO. CV-08-02577 JT<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Assigned Judge: Hon. James Larson<br>CMC Hearing Date 8/28/08<br>Time: 10:30 a.m.<br>Dept. F<br><br>Complaint filed: April 2, 2008 |

By their signatures below, Plaintiff SEVAN MINASIAN and Defendants FEDEX CORPORATION, by and through their respective Counsel, hereby stipulate and agree that the case management conference presently scheduled for August 28, 2008, at 10:30 a.m. before the Honorable Judge James Larson, be continued until Wednesday, October 15, 2008, 10:30 a.m. in Department F.

This Stipulation is being entered into because Plaintiff is retaining new Counsel to represent him in this matter in San Francisco, California, and a

1  continuance will give sufficient time for new Counsel to prepare his or her
2  own Case Management Statement and appear on Plaintiff's behalf.
3      Plaintiff, SEVAN MINASIAN by and through his Counsel of Record,
4  SEAN F. McCLOSKEY, and Defendants, FEDEX CORPORATION, by and
5  through their Counsel, MICHAEL HIGGINBOTHAM, HEREBY
6  STIPULATE AND AGREE to a continuance of the Case Management
7  Conference scheduled August 28, 2008, to Wednesday, October 15, 2008 at
8  10:30 a.m. in Department F, of the United States District Court.

10  Dated: August 22, 2008     /s/ Michael Higginbotham
11                                      Michael Higginbotham, Attorney
                                       For Defendant, FedEx Corporation

13  Dated: August 22, 2008     /s/ Sean F. McCloskey
14                                      Sean F. McCloskey, Attorney for
                                      Plaintiff, Sevan Minasian

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On August 25, 2008, I served the within document(s):

**STIPULATION AND ORDER FOR
CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with O.C. Corporate Courier Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

**Sean F. McCloskey, Esq.
Law Office of Sean F. McCloskey
111 Santa Rosa Avenue, Ste. 406
Santa Rosa, CA 95404**

**Attorney for Plaintiff,
Sevan Minasian**

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 25, 2008, at Irvine, California.

/S/
Renee K. Aven

744636