Christopher J. Yost, Esq. Bar No. 150785
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, CA 92614
Tel: (949) 862-4558
Fax: (949) 862-4605
Email: cjyost@fedex.com

**Attorneys for Defendants**
**FEDERAL EXPRESS CORPORATION**

Incorrectly sued as FedEx Corp.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAN MINASIAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br><br>FEDEX CORPORATION,<br>and its Agents and Employees<br><br>　　　　　Defendants. | CASE NO. CV-08-02577 JT<br><br>**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Assigned Judge: Hon. James Larson<br>CMC Hearing Date 8/28/08<br>Time: 10:30 a.m.<br>Dept. F<br><br>Complaint filed: April 2, 2008 |

## ORDER

The Plaintiff and Defendant herein above having Stipulated and Agreed to a Continuance of the Case Management Conference originally scheduled for August 28, 2008 at 10:30 a.m. in Department F, to be continued to the date of Wednesday, October 15, 2008 at 10:30 a.m. in Department F, and good cause having been shown therefore;

IT IS HEREBY ORDERED that the Case Management Conference shall be rescheduled to Wednesday, October 15, 2008 at 10:30 a.m. in Department F, of the United States District Court, Northern District of San

| | |
|---|---|
| 1 | Francisco, California. |
| 2 | |
| 3 | Dated: August 26, 2008  _____ |
| 4 | The Honorable JAMES LARSON, Presiding |