| | |
|---|---|
| 1 | Christopher J. Yost, Esq. Bar No. 150785 |
| 2 | **FEDERAL EXPRESS CORPORATION** |
|   | 2601 Main Street, Suite 340 |
| 3 | Irvine, CA 92614 |
|   | Tel: (949) 862-4558 |
| 4 | Fax: (949) 862-4605 |
| 5 | Email: cjyost@fedex.com |
| 6 | **Attorneys for Defendants** |
| 7 | **FEDERAL EXPRESS CORPORATION** |
| 8 | Incorrectly sued as FedEx Corp. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAN MINASIAN,<br><br>                    Plaintiff,<br><br>          v.<br><br><br>FEDEX CORPORATION,<br>and its Agents and Employees<br><br>                    Defendants. | CASE NO. CV-08-02577 JT<br><br>**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Assigned Judge: Hon. James Larson<br>CMC Hearing Date 10/15/08<br>Time: 10:30 a.m.<br>Dept. F<br><br>Complaint filed: April 2, 2008 |

## ORDER

The Plaintiff and Defendant herein above having Stipulated and Agreed to a Continuance of the Case Management Conference originally scheduled for August 28, 2008 at 10:30 a.m. in Department F, then continued until October 15, 2008, to be continued to the date of Wednesday, November 12, 2008 at 10:30 a.m. in Department F, and good cause having been shown therefore;

IT IS HEREBY ORDERED that the Case Management Conference shall be rescheduled to Wednesday, November 12, 2008 at 10:30 a.m. in

1  Department F, of the United States District Court, Northern District of San
2  Francisco, California.
3      IT IS HEREBY FURTHER ORDERED that Defendant is allowed to
4  appear at the Case Management Conference by telephone; Court initiating call
5  to Defendant at (901) 434-8570.
6
7  Dated: October 2, 2008            *[signature: James Larson]*
                                                  The Honorable JAMES LARSON,
8                                                    Presiding

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On October 1, 2008, I served the within document(s):

**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with O.C. Corporate Courier Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

**Sean F. McCloskey, Esq.
Law Office of Sean F. McCloskey
111 Santa Rosa Avenue, Ste. 406
Santa Rosa, CA 95404**

**Attorney for Plaintiff,
Sevan Minasian**

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 1, 2008, at Irvine, California.

/S/
_____
Renee K. Aven

749275

3     Order for Continuance of CMC