Legal Department
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125
Telephone 901.434.8600



February 13, 2009

**IT IS SO ORDERED**
*Judge James Larson*

**VIA ECF FILING**

Chief Magistrate Judge James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Sevan Minasian v. FedEx Corp.
           Case No. 08-02577 JL

Dear Judge Larson:

    The Case Management Conference in this matter has been set for February 18, 2008 at 10:30 PST. On that date, I will be in New York on another matter and respectfully request that I appear for the Case Management Conference by telephone. The telephone number where I can be reached is (212) 619-4350, the Law Offices of Newman Fitch. The receptionist of Newman Fitch will transfer the call to me.

    I am notifying Sevan Minasian, *Pro Per*, of my request to appear by telephone by copy of this letter to him.

    Thank you and please let me know if you need additional information to approve my request to appear by telephone.

                              Very truly yours,

                              Michael W. Higginbotham
                              Sr. Counsel
                              (901) 434-8570

MWH:glp

cc: Sevan Minasia

765320