UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAN MINASIAN,<br><br>          Plaintiff,<br><br>     v.<br><br>FEDEX CORPORATION, and its Agents and Employees,<br><br>          Defendants. | CASE NO.:   CV08-02577 JT<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
          Non-binding Arbitration (ADR L.R. 4)
          Early Neutral Evaluation (ENE) (ADR L.R. *5)*
     x    Mediation (ADR L.R. 6)

*(Note:  Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 andADR L.R. 3-5)*

**Private Process:**
          Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
     x    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

///V-1

    other requested deadline _____

The parties request that the current Case Management Conference scheduled for October 14, 2009 be adjourned and that the parties contact the Court to set a new date once mediation has been scheduled.

DATED: September 11, 2009     _s/Michael Higginbotham_
                  Michael Higginbotham

                  Attorney for Defendant FedEx Corporation


DATED: September 11, 2009     _s/ Sevan Minasian_
                  Sevan Minasian

                  *Pro Per*

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
x      Mediation
        Private ADR

Deadline for ADR session
x      90 days from the date of this order.
        other

The Case Management conference scheduled for October 14, 2009 is continued and will be rescheduled after the mediation is scheduled. The parties will contact chambers to initiate rescheduling.

IT IS SO ORDERED.

DATED: September 15, 2009

_____
The Hon. James Larson
United States Magistrate Judge

///V-1